Mary E. Cronise, Respondent, v. Frank M. Tichenor and Another, as Temporary Administrators, etc., Appellants.— Judgment affirmed, with costs. No opinion. Present— Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

Henry Van Schaick, Respondent, v. The City of New York, Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

The People of the State of New York ex rel. Erastus Belcher, Relator, v. Arthur Woods, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present— Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

In the Matter of John Oscar Ball, an Attorney.— Supplementary charges referred to Honorable Henry A. Gildersleeve, official referee. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Scott, Smith and Davis, JJ.

The Central Railroad Company of New Jersey, Appellant, v. The City of New York, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Scott and Dowling, JJ.

Sidney Blumenthal & Company, Respondent, v. Bernard Radow and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present— Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Adele Lewing Stiefel, Appellant, v. Benjamin W. Stiefel, Respondent. — Order affirmed, without costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

John A. Kingsbury, as Commissioner of Public Charities of the City of New York, on the Complaint of Mary Brady, Respondent, v. Henry Freed, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.; McLaughlin and Scott, JJ., dissented.

Brooks Sand and Gravel Company, Inc., Respondent, v. Shadbolt Manufacturing Company, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below, on the authority of *Bramhall, Deane Company* v. *McDonald* (172 App. Div. 780), decided by this court May 5, 1916. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

William J. Schieffelin, Respondent, v. William A. Prendergast, as Comptroller of the City of New York and Others, Defendants, Impleaded with George F. Frey and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Orpha Stone, Respondent, v. William M. Eisen Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.